# Court of Appeals
# of the State of Georgia

ATLANTA,  November 08, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0394. JUSTICE QUEEN AL-AMEEN v. EDWARD D. ROBINSON.**

Justice Queen Al-Ameen and Edward D. Robinson were divorced in 2019. Robinson filed a motion for contempt, alleging that Al-Ameen had not paid child support since the divorce decree was entered. On March 16, 2021, the trial court entered a contempt order that reflected the amount of Al-Ameen's child support arrearage, then amended the arrearage amount in its "Addendum to Contempt Order" entered on August 18, 2021. Al-Ameen filed a timely notice of appeal from the amended order. We, however, lack jurisdiction.

Appeals from orders in domestic relations cases, including orders holding or declining to hold persons in contempt, must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Although OCGA § 5-6-34 (a) (11) permits a direct appeal from child custody rulings issued in child custody cases, the order at issue in this appeal does not include any child custody rulings, so it does not fall within the scope of this provision. See *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017).

El-Ameen's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* __11/08/2021__

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*, Clerk.*